1    KEVIN V. RYAN (CSBN 118321)
     United States Attorney
2
     EUMI L. CHOI (WVBN 0722)
3    Chief, Criminal Division

4    MONICA FERNANDEZ (CSBN 168216)
     Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7065
7       FAX: (415) 436-7234
        E-mail: Monica.L.Fernandez@usdoj.gov
8

9    Attorneys for Plaintiff

10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15   UNITED STATES OF AMERICA,        )    No.: CR 05-00465-JSW
                                       )
16          Plaintiff,                 )
                                       )
17      v.                             )    [PROPOSED] ORDER EXCLUDING
                                       )    TIME UNDER THE SPEEDY TRIAL ACT
18   ZIBU "BOB" GAO,                   )    AS TO DEFENDANT PETERS
     ZHICHENG ZENG,                    )
19   LI HUA MA,                        )
        aka Lin,                       )
20      aka Lene Lam,                  )
     XIANG ZHUGE,                      )
21   RALPH FRANK PETERS,               )
        aka Peter,                     )
22      aka Patrick, and              )
     LIWEI TAN KUO,                    )
23      aka Grace Tan,                 )
        aka Li Wei Tan,                )
24      aka Tan Kuo Liwei,             )
        aka Grace Kuo,                 )
25      aka Li Wei Kuo,                )
                                       )
26          Defendants.                )
                                       )
27

28

[PROPOSED] ORD. EXCLUDING TIME
UNDER THE STA AS TO DEFT. PETERS
No.: CR 05-00465-JSW

1    This matter came on the calendar of the Honorable James Larson on October 7, 2005

2    following the defendant's initial appearance in this district on October 3, 2005.  At the parties'

3    request, the Court continued the matter until November 17, 2005, which was the date previously

4    set before Judge White for the co-defendants (with the exception of defendant Kuo, who has not

5    yet appeared in this district).  The parties requested an exclusion of time under the Speedy Trial

6    Act on two bases.

7    First, the parties requested an exclusion of time based upon the need for effective

8    preparation of counsel.  See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  Defense counsel Juliana

9    Drous is new to this case and will need ample time to review the voluminous discovery.  While

10   most of the discovery has been turned over, there is some outstanding discovery remaining.

11   Much of that discovery needs to be translated into English, which may take up to one month.

12   Second, defendant Kuo has not yet made an appearance in this district.  She was ordered

13   removed from the Central District of California and is en route in the custody of the United

14   States Marshals.  Time is excludable as delay resulting from the removal of a defendant from one

15   district to another.  See 18 U.S.C. § 3161(h)(1)(G).

16   Therefore, the parties are requesting an exclusion of time under the Speedy Trial Act.

17   The parties agree that the time from October 7 through November 17, 2005 should be excluded

18   in computing the time within which trial must commence.  See 18 U.S.C. §§ 3161(h)(1)(G),

19   3161(h)(8)(A) and (B)(iv).

20   Accordingly, the Court HEREBY ORDERS that the time from October 7 through

21   November 17, 2005 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.

22   The Court finds that the delay resulting from the removal of defendant Kuo from the

23   Central District of California to this district is excludable.  See 18 U.S.C. § 3161(h)(1)(G).

24   The Court finds that the failure to grant the requested exclusion would deny the defendant

25   reasonable time necessary for effective preparation, taking into account the exercise of due

26   diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

27   The Court finds that the ends of justice served by granting the requested exclusion

28

outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED:      October 21, 2005

~~HONORABLE~~
~~CHIEF UNITED~~                              ~~MAGISTRATE JUDGE~~

IT IS SO ORDERED

Judge Nandor J. Vadas

Nandor J. Vadas
U.S. Magistrate Judge

Approved as to form:

/s/ Juliana Drous
JULIANA DROUS
Counsel for Defendant PETERS

/s/ Monica Fernandez
MONICA FERNANDEZ
Assistant United States Attorney
Counsel for the United States

[PROPOSED] ORD. EXCLUDING TIME
UNDER THE STA AS TO DEFT. PETERS
No.: CR 05-00465-JSW                              3