1  JULIANA DROUS
   Attorney at Law SBN 92156
2  214 Duboce Avenue
   San Francisco, California 94103
3  Telephone: (415) 863-3580
   Fax: (415) 255-8631
4  jdrous@msn.com

5  Attorney for Defendant
   RALPH PETERS

ORIGINAL FILED

NOV 2 2 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 05-00465 JSW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: MODIFICATION OF PRE-TRIAL RELEASE** |
| vs. | |
| RALPH PETERS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties in the above-entitled action that defendant RALPH FRANK PETERS may be released from Cornell Corrections, 111 Taylor facility, from Wednesday November 23, 2005, until Sunday, November 27, 2004, to spend the Thanksgiving holiday with his sister, Josephine Boyd, at 833 W. Padilla, #B, San Gabriel Valley, California (626-293-8048). Steve Sheehan, Mr. Peters' pre-trial services worker has no objection to this request.

Dated: November 21, 2005

/s/
JULIANA DROUS
Attorney for Defendant
RALPH PETERS

Dated: November 21, 2005

/s/
MONICA FERNANDEZ
Assistant U.S. Attorney

STIPULATION AND ORDER RE:
CONDITIONS OF PRE-TRIAL RELEASE

1  IT IS SO ORDERED.

2

3  Dated: November 22, 2005

4  HONORABLE JAMES LARSON
   U.S. District Court Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  STIPULATION AND ORDER RE:
    CONDITIONS OF PRE-TRIAL RELEASE