JULIANA DROUS
Attorney at Law SBN 92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Fax: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
RALPH PETERS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00465 JSW |
| Plaintiff, | **STIPULATION AND ORDER RE: MODIFICATION OF ORDER SETTING CONDITIONS OF RELEASE** |
| vs. | |
| RALPH PETERS, | |
| Defendant. | |

On October 12, 2005, Magistrate James Larson ordered that defendant RALPH PETERS be released to Cornell Corrections on condition that two sureties, his sister Josephine Boyd and his friend John Moran, sign the bond in Los Angeles. Ms. Boyd has signed the bond. Mr. Moran has not signed the bond. Mr. Peters has complied with all conditions of release over which he has control.

IT IS HEREBY STIPULATED by the parties that the conditions of release be modified, allowing Mr. Peters' release upon the signature of one surety, that of his sister Josephine Boyd.

Dated: December 2, 2005                          /s/
                                                                    JULIANA DROUS
                                                                    Attorney for Defendant
                                                                    RALPH PETERS


Dated: December       , 2005                     /s/
                                                                    MONICA FERNANDEZ
                                                                    Assistant U.S. Attorney


STIPULATION AND ORDER RE:
MODIFICATION OF CONDITIONS OF PRE-TRIAL RELEASE

1  IT IS SO ORDERED.

3  Dated: December  6  , 2005

IT IS SO ORDERED
Judge James Larson

28  STIPULATION AND ORDER RE:
MODIFICATION OF CONDITIONS OF PRE-TRIAL RELEASE