JULIANA DROUS
Attorney at Law SBN 92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Fax: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
RALPH PETERS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>vs.<br><br>RALPH PETERS,<br><br>           Defendant.<br>_____/ | No. CR 05-00465 JSW<br><br>**STIPULATION AND ORDER RE: MODIFICATION OF PRE-TRIAL RELEASE** |

IT IS HEREBY STIPULATED by the parties in the above-entitled action that defendant RALPH FRANK PETERS may be released from Cornell Corrections, 111 Taylor facility, from Monday, December 19, 2005, until Wednesday, January 11, 2006, to spend the winter holiday with his sister, Josephine Boyd, at 833 W. Padilla, #B, San Gabriel Valley, California (626-293-8048). Steve Sheehan, Mr. Peters' pre-trial services worker has no objection to this request.

Dated: December 12, 2005                               /s/
                                                                JULIANA DROUS
                                                                Attorney for Defendant
                                                                RALPH PETERS

Dated: December 13, 2005                             /s/
                                                                MONICA FERNANDEZ
                                                                Assistant U.S. Attorney

STIPULATION AND ORDER RE:
CONDITIONS OF PRE-TRIAL RELEASE

1   IT IS SO ORDERED.

3   Dated: 12/15/05

*IT IS SO ORDERED*
*[signature]*
*Judge James Larson*

HON. _____
U.S. District Court Magistrate Judge

28  STIPULATION AND ORDER RE:
    CONDITIONS OF PRE-TRIAL RELEASE