1 JULIANA DROUS
Attorney at Law SBN 92156
2 214 Duboce Avenue
San Francisco, California 94103
3 Telephone: (415) 863-3580
Fax: (415) 255-8631
4 jdrous@msn.com

5 Attorney for Defendant
RALPH PETERS
6

7
UNITED STATES DISTRICT COURT
8
FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,            No. CR 05-00465 JSW

11           Plaintiff,                **STIPULATION AND ORDER RE:**
vs.                                    **MODIFICATION OF PRE-TRIAL**
12                                     **RELEASE**
RALPH PETERS,
13
           Defendant.
14 _____/

15     IT IS HEREBY STIPULATED by the parties in the above-entitled action that defendant

16 RALPH FRANK PETERS' release from Cornell Corrections, 111 Taylor facility, be extended to the

17 January 19, 2006, the date of his next court appearance, to allow him to remain in southern

18 California, at the home of his sister, Josephine Boyd, at 833 W. Padilla, #B, San Gabriel Valley,

19 California (626-293-8048).  Alan Lew, Mr. Peters' pre-trial services worker has no objection to this

20 request.

21

22 Dated: January 10, 2006                          /s/
                                          JULIANA DROUS
23                                        Attorney for Defendant
                                          RALPH PETERS
24

25 Dated: January 10, 2006                          /s/
                                          MONICA FERNANDEZ
26                                        Assistant U.S. Attorney

27

28 STIPULATION AND ORDER RE:
CONDITIONS OF PRE-TRIAL RELEASE

1  IT IS SO ORDERED.

2

3  Dated:  1/11/06

4  
HON.
U.S. D_____ge

5

...

28  STIPULATION AND ORDER RE:
CONDITIONS OF PRE-TRIAL RELEASE