JULIANA DROUS
Attorney at Law SBN 92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Fax: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
RALPH PETERS

**FILED**

JAN 19 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>RALPH PETERS,<br><br>　　　　Defendant.<br>_____/ | No. CR 05-00465 JSW<br><br>**STIPULATION AND ORDER RE: MODIFICATION OF PRE-TRIAL RELEASE** |

IT IS HEREBY STIPULATED by the parties in the above-entitled action that defendant RALPH FRANK PETERS's pre-trial release order be modified to allow him to reside with his friend, Peter Schall, at 1714 Barford Avenue, in Hacienda, California, and that Pre-trial Services in Los Angeles be requested to supervise his release. Allen Lew, Pre-Trial Services Officer, has no objection to this request.

Dated: January 19, 2006

　　　　　　　　　　　　　　　　　　　　JULIANA DROUS
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　RALPH PETERS

Dated: January 19, 2006

　　　　　　　　　　　　　　　　　　　　MONICA FERNANDEZ
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: 1-19-06

　　　　　　　　　　　　　　　　　　　　HONORABLE JAMES LARSON
　　　　　　　　　　　　　　　　　　　　U.S. District Court Magistrate Judge

STIPULATION AND ORDER RE:
CONDITIONS OF PRE-TRIAL RELEASE