KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7065
    FAX: (415) 436-7234
    E-mail: Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 05-00465-JSW |
|     Plaintiff, | |
|     v. | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| ZIBU "BOB" GAO, ZHICHENG ZENG, LI HUA MA,     aka Lin,     aka Lene Lam, RALPH FRANK PETERS,     aka Peter,     aka Patrick, and LIWEI TAN KUO,     aka Grace Tan,     aka Li Wei Tan,     aka Tan Kuo Liwei,     aka Grace Kuo,     aka Li Wei Kuo,         Defendants. | |

1    This matter came on the calendar of the Honorable Jeffrey S. White on January 19, 2006.
2 At the parties' request, the Court continued the matter until September 18, 2006 for trial.  The
3 parties requested an exclusion of time under the Speedy Trial Act on two bases.
4    First, the parties requested an exclusion of time based upon the need for continuity of
5 counsel.  See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  All defense counsel have varying trial
6 schedules between January 19 and September 18.  The earliest date that was available to all
7 defense counsel was September 18, 2006.
8    Second, due to the number of defendants and the quantity of discovery, this case is so
9 complex that it is unreasonable to expect adequate preparation within the time limits of the
10 Speedy Trial Act.  See 18 U.S.C. § 3161(h)(8)(B)(ii).
11    Therefore, the parties are requesting an exclusion of time under the Speedy Trial Act.
12 The parties agree that the time from January 19 through September 18, 2006 should be excluded
13 in computing the time within which trial must commence.  See 18 U.S.C. §§ 3161(h)(1)(G),
14 3161(h)(8)(A) and (B)(iv).
15    Accordingly, the Court HEREBY ORDERS that the time from January 19 through
16 September 18, 2006 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds
17 that the failure to grant the requested exclusion would deny the defendants continuity of counsel.
18 See 18 U.S.C. § 3161(h)(8)(B)(iv).  The Court further finds that this case is so complex that it is
19 unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within
20 the time limits established by the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(8)(B)(ii).
21    The Court finds that the ends of justice served by granting the requested exclusion
22 outweigh the best interest of the public and the defendants in a speedy trial and in the prompt
23 disposition of criminal cases.  See 18 U.S.C. § 3161(h)(8)(A).  The Court therefore concludes
24 that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).
25    SO ORDERED.
26 DATED:  February 24 , 2006
27                                                        _____
   HONORABLE JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE
28

[~~PROPOSED~~] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT
No.: CR 05-00465-JSW                             2

Approved as to form:

 /s/ Alan Dressler
ALAN DRESSLER
Counsel for Defendant GAO

 /s/ Tony Tamburello
TONY TAMBURELLO
Counsel for Defendant ZENG

 /s/ Frank Bell
FRANK BELL
Counsel for Defendant MA

/s/ Juliana Drous
JULIANA DROUS
Counsel for Defendant PETERS

 /s/ Monica Fernandez
MONICA FERNANDEZ
Assistant United States Attorney
Counsel for the United States

[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT
No.: CR 05-00465-JSW            3