1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division

4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7065
7       Facsimile: (415) 436-7234
        E-mail: Monica.L.Fernandez@usdoj.gov
8

9  Attorneys for the United States of America

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,            )   No. CR 05-00465 JSW
                                        )
15         Plaintiff,                   )   STIPULATION TO CONTINUE CHANGE
                                        )   OF PLEA HEARING; [PROPOSED]
16         v.                           )   ORDER
                                        )
17                                      )   Date:  March 23, 2006
                                        )   Time:  2:30 p.m.
18 RALPH FRANK PETERS                   )
        aka Peter,                      )
19      aka Patrick,                    )
                                        )
20                                      )
           Defendant.                   )
21                                      )
                                        )
22                                      )
   _____ )
23

24     The parties to the above matter hereby stipulate, subject to the approval of the Court, as

25 follows:

26     1.   This matter is currently scheduled for change of plea on March 23, 2006 at 2:30

27          p.m.

28

No. CR 05-00465 JSW
STIP. TO CONT. CHANGE OF PLEA
HEARING; [PROPOSED] ORDER

2. Defense counsel, Juliana Drous, Esq., will be out of town on March 23, 2006, and has non-refundable tickets.

3. Therefore, the parties hereby stipulate to continue the change of plea by one week, to March 30, 2006 at 2:30 p.m.

IT IS SO STIPULATED

                                KEVIN V. RYAN
                                United States Attorney

Dated: March 17, 2006           /s/ Monica Fernandez
                                MONICA FERNANDEZ
                                Assistant United States Attorney


Dated: March 17, 2006           /s/ Juliana Drous
                                JULIANA DROUS, ESQ.
                                Attorney for Defendant Peters

## ORDER

For good cause shown, the change of plea hearing for defendant Ralph Frank Peters is continued for one week, until March 30, 2006, at 2:30 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 20, 2006           _____
                                HON. JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE

No. CR 05-00465 JSW
STIP. TO CONT. CHANGE OF PLEA
HEARING; [PROPOSED] ORDER        2